## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter Of | : No. 2336 Disciplinary Docket No. 3 |
| | : |
| TYLER JAMES LARSEN | : No. 203 DB 2016 |
| | : |
| | : Attorney Registration No. 92333 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of June, 2017, on certification by the Disciplinary Board that Tyler James Larsen, who was suspended for a period of six months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Tyler James Larsen shall resume inactive status.